IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01919-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

RONALD HAROLD, and
OLIVE HAROLD

    Plaintiffs,

v.

DENVER COUNTY HUMANS SERVICES,
VIVAGE QUALITY HEALTH PARTNERS,
JEFFREY RICHARDSON, in his individual and official capacities,
KIM RUSSELL, in her individual and official capacities,
REBECCA PARKER, in her individual and official capacities,
TAMMY "XXX", in her individual and official capacities,
HIGHLINE REHAB & CARE CENTER,
HIGHLINE EMPLOYEES, to be named when known,
GINNY "XXX", in her individual and official capacities,

    Defendants.

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

Plaintiffs, Ronald and Olive Harold, reside in Denver, Colorado.  On September 3, 2015, they submitted a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the documents filed are deficient as described in this Order.  Plaintiffs will be directed to cure the following if they wish to pursue any claims in this Court in this action.  Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:

(1) X is not submitted (both Plaintiffs must submit an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form))
(2) __ is not on proper form (must use the federal Court's current form, which can be found at www.cod.uscourts.gov).
(3) __ is missing original signature by Plaintiff
(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ other:

**Complaint or Petition**:

(9) __ is not submitted
(10) __ is not on proper form (must use the court's current form)
(11) X is missing an original signature by the Plaintiff (must be signed by both Plaintiffs)
(12) X is incomplete (no basis for federal jurisdiction is asserted in "Jurisdiciton" section).
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text of Complaint
(15) X addresses must be provided for all defendants in "Section A. Parties" of complaint, petition or habeas application
(16) X other: portions of Pages 8 and 9 (which are titled "Page 2/11" and "Page 3/11" by Plaintiffs) have some lines that are not legible because the letters are printed on top of each other.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiffs shall obtain the court-approved Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and shall use those forms in curing the designated deficiencies. It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.

DATED September 24, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge