# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01919-GPG

RONALD HAROLD,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MICHAEL HANCOCK, in his official capacity as Mayor of City and County of Denver,
DENVER DEPARTMENT OF HUMANS SERVICES,
DON MARES, in his individual capacity and official capacity as head of Denver Department of Human
    Services,
DENVER DEPARTMENT OF HUMAN SERVICES, ADULT PROTECTION UNIT,
JUANITA-RIOS JOHNSTON, in her individual capacity and official capacity as head of Denver
    Department of Human Services, Adult Protection Unit,
QUALITY PARTNERS HEALTH CARE SERVICES, LLC, a Colorado corporation d/b/a Vivage Quality
    Health Care Partners,
VIVAGE QUALITY HEALTH CARE PARTNERS, Agent for Defendant Quality Partners Health Care
    Services, LLC,
JAY MOSKOWITZ, in his official capacity as CEO of Vivage Quality Health Care Partners,
HIGHLINE REHABILITATION & CARE CENTER,
JEFFREY A. RICHARDSON, individually and in his official capacity as Highline Rehabilitation and Care
    Community Administrator,
KIM P. RUSSELL, individually, and in her official capacity as Denver Department of Human Services
    Adult Protection Unit Senior Caseworker, and in her official capacity as Guardian of Olive Harold,
LISA MARIE DEPONIO, individually, and in her official capacity as Denver Department of Human
    Services Guardian Ad Litem of Olive Harold,
DAVID M. BERNHART, JR., ESQ., individually, and in his official capacity as Assistant City Attorney,
    Department of Law, Denver Human Services, City and County of Denver,
REBECCA PARKER, individually, and in her official capacity as social worker at Highline Rehabilitation
    and Care Community, Denver, Co.,
TAMMY MONTGOMERY, individually, and in her official capacity as Director of Nursing at Highline
    Rehabilitation and Care Community, Denver, Co.,
ERIN EGAN, individually, and in her official capacity as Medicaid physician at Highline Rehabilitation and
    Care Community, Denver, Co.,
STACY GIBBS, individually, and in her official capacity as Speech Therapy Dept. Chief at Highline
    Rehabilitation and Care Community, Denver, Co.,
STATE OF COLORADO,
JOHN HICKENLOOPER, in his official capacity as Governor of State of Colorado,
ELIZABETH D. LEITH, individually, and in her official capacity as Denver County Probate Court Judge

    Defendants.

---

# MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

     Plaintiff's Motion to Appoint Counsel (ECF No. 4), filed on September 9, 2015, is DENIED as premature.

     Plaintiff's Motion for Status on Application (ECF No. 5), also filed on September 9, 2015, is DENIED as moot as there have been numerous court orders issued since that date.

Dated:  December 1, 2015