**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01919-GPG

RONALD HAROLD,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MICHAEL HANCOCK, in his official capacity as Mayor of City and County of Denver,
DENVER DEPARTMENT OF HUMANS SERVICES,
DON MARES, in his individual capacity and official capacity as head of Denver
    Department of Human Services,
DENVER DEPARTMENT OF HUMAN SERVICES, ADULT PROTECTION UNIT,
JUANITA-RIOS JOHNSTON, in her individual capacity and official capacity as head of
    Denver Department of Human Services, Adult Protection Unit,
QUALITY PARTNERS HEALTH CARE SERVICES, LLC, a Colorado corporation d/b/a
    Vivage Quality Health Care Partners,
VIVAGE QUALITY HEALTH CARE PARTNERS, Agent for Defendant Quality Partners
    Health Care Services, LLC,
JAY MOSKOWITZ, in his official capacity as CEO of Vivage Quality Health Care
    Partners,
HIGHLINE REHABILITATION & CARE CENTER,
JEFFREY A. RICHARDSON, individually and in his official capacity as Highline
    Rehabilitation and Care Community Administrator,
KIM P. RUSSELL, individually, and in her official capacity as Denver Department of
    Human Services Adult Protection Unit Senior Caseworker, and in her official
    capacity as Guardian of Olive Harold,
LISA MARIE DEPONIO, individually, and in her official capacity as Denver Department
    of Human Services Guardian Ad Litem of Olive Harold,
DAVID M. BERNHART, JR., ESQ., individually, and in his official capacity as Assistant
    City Attorney, Department of Law, Denver Human Services, City and County of
    Denver,
REBECCA PARKER, individually, and in her official capacity as social worker at
    Highline Rehabilitation and Care Community, Denver, Co.,
TAMMY MONTGOMERY, individually, and in her official capacity as Director of Nursing
    at Highline Rehabilitation and Care Community, Denver, Co.,
ERIN EGAN, individually, and in her official capacity as Medicaid physician at Highline
    Rehabilitation and Care Community, Denver, Co.,

STACY GIBBS, individually, and in her official capacity as Speech Therapy Dept. Chief
    at Highline Rehabilitation and Care Community, Denver, Co.,
STATE OF COLORADO,
JOHN HICKENLOOPER, in his official capacity as Governor of State of Colorado,
ELIZABETH D. LEITH, individually, and in her official capacity as Denver County
    Probate Court Judge

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion For Time Extension (ECF No. 17), filed on December 18, 2015, is GRANTED.

    Plaintiff will have twenty-one (21) days from the date of this Minute Order to file his Second Amended Complaint as directed in this Court's November 18th Order. Therefore, his Second Amended Complaint should be filed on or before January 11, 2016. If he fails to file a Second Amended Complaint within the time allowed, this action may be dismissed without further notice.

Dated:  December 21, 2015